IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : |
|---|---|
| v. | : Criminal No. 14-323-10 |
| ROBERT DUSON | : |

## ORDER

**AND NOW**, this 14th day of Sept. 2015, upon consideration of Defendant Robert Duson's Motion to Join in all Applicable Pre-Trial Motions filed by Co-defendants, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

BY THE COURT:

_/s/ Gerald A. McHugh_
HONORABLE GERALD A. MCHUGH