UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 14-323-10 |
| ROBERT DUSON | : |

## ORDER

AND NOW, this 22nd day of October, 2015, upon consideration of the Defendant's Motion to Join in Pretrial Motions Filed by Co-Defendant Ronell Whitehead, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_/s/ Gerald A. McHugh_
Gerald Austin McHugh, J.