IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-323-10 |
| ROBERT DUSON<br>a/k/a "Rob" | : | |

## ORDER

AND NOW, this ___5th___ day of June, 2018, upon consideration of the Government's Motion to Dismiss Counts 168 and 214 of the Second Superseding Indictment, it is hereby

## ORDERED

that Counts 168 and 214 of the Second Superseding Indictment at Criminal Number 14-323-10 as to defendant Robert Duson is dismissed without prejudice.

BY THE COURT:

_____
HONORABLE GERALD A. MCHUGH
*Judge, United States District Court*